B18W (Form 18W) (08/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:05−bk−02738−RTB**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LYNN DEE WALTHER
   P.O. Box 7727
   SURPRISE, AZ 85374

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6724

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                                              BY THE COURT

Dated: 7/16/08                                                 Redfield T. Baum Sr.
                                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2           User: learys              Page 1 of 1              Date Rcvd: Jul 16, 2008
Case: 05-02738                 Form ID: b18w             Total Served: 24

The following entities were served by first class mail on Jul 18, 2008.
db           +LYNN DEE WALTHER,    P.O. Box 7727,    SURPRISE, AZ 85374-0112
aty           JOSEPH W. CHARLES,   PO BOX 1737,    GLENDALE, AZ 85311-1737
tr            EDWARD J. MANEY,    P.O. BOX 10434,    PHOENIX, AZ 85064-0434
5748463       APS,    C/O NCO,    P.O. Box 41457,    Philadelphia, PA 19101-1457
5748464       Arizona Dept. Of Revenue,    Bankruptcy And Collection,    1275 W. Washington, Tax Section,
               Phoenix, AZ 85007
5772782      +DRIVETIME / UGLY DUCKLING,    1030 N. COLORADO ST.,    GILBERT, AZ 85233-2239
6595728     ++DT CREDIT CORP,    P O BOX 29018,    PHOENIX AZ 85038-9018
             (address filed with court:  DT Credit Corporation,    1030 N Colorado St,    Gilbert AZ 85233)
5748467       Doubleday Book Club,    North Shore Agency, Inc.,    P.O. Box 6307,    Camp Hill, PA 17012-6307
5748468      +Drive Time,    5104 W. Glendale Ave.,    Glendale, AZ 85301-2602
5748469      +Fast Payday Loans,    4752 W. Glendale Ave.,    Glendale, AZ 85301-2732
5873902      +KEY BANK USA NA,    601 OAKMONT LANE,    WESTMONT IL 60559-5558
5748471      +Key Bank,    C/O Marvin Schenk,    3877 N. 7th Street, #280,    Phoenix, AZ 85014-5074
5809148      +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
5748472      +Rhodes College, Corinthian College Inc.,    10400 N. 25th Avenue, #190,    Phoenix, AZ 85021-1610
5748473      +Sonic Loans/Coastline Credit, LTD,    234 N. James Street,    Newport, DE 19804-3132
5748474      +Sun Heath,    C/O Skarecky & Holder,    3130 N. 3rd Avenue, #300,    Phoenix, AZ 85013-4302
5748475       U.S. Dept. Of Education,    P.O. Box 7202,    Utica, NY 13504-7202
5792428      +UNITED STATES DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    PO BOX 5609,
               GREENVILLE, TX 75403-5609

The following entities were served by electronic transmission on Jul 17, 2008.
smg          +EDI: AZDEPREV.COM Jul 17 2008 00:18:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
smg           EDI: IRS.COM Jul 17 2008 00:18:00      IRS,   210 EAST EARLL DR, MS 5014 PX,    PHOENIX, AZ 85012
5794090      +EDI: AZDEPREV.COM Jul 17 2008 00:18:00     Arizona Department of Revenue,
               Bankruptcy / Litigation, 7th Floor,    1600 West Monroe,    Phoenix, Az 85007-2612
5748465       EDI: CAPITALONE.COM Jul 17 2008 00:18:00      Capital One Bank,    P.O. Box 25131,
               Richmond, VA 23276-0001
5748466      +E-mail/Text: bankruptcy@callcheckmate.com                            Checkmate,    5050 W. Northern,
               Glendale, AZ 85301-1548
5748470       EDI: IRS.COM Jul 17 2008 00:18:00      Internal Revenue Service,    Special Procedures,
               210 E. Earll,    Phoenix, AZ 85012
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2008                           Signature:    *Joseph Speetjens*