**Final Report and Account**    SS #:    xxx-xx-6724
For a Paid Out, Discharge    Case    SS #:

Plan Filed: 2/25/2005    Plan Confirmed: 12/13/2005    Case Concluded: 6/27/2008
Attorney: Joseph W. Charles, Esq.

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.     $18,333.21

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| Office of the Arizona Attorney<br>  Tax, Bankruptcy, & Collection Section<br>  1275 West Washington<br>  Phoenix, AZ 85007- | 001-0 | Pri | 795.00 | 795.00 | | | $0.00 |
| Internal Revenue Services<br>  P.O. Box 21125<br>  Philidelphia, PA 19114- | 002-0 | Pri | 6,824.10 | 6,824.10 | | | $0.00 |
| Internal Revenue Services<br>  P.O. Box 21125<br>  Philidelphia, PA 19114- | 002-1 | Uns | 220.16 | 31.48 | | | $188.68 |
| DT Credit Corporation<br>  Attn: Bankruptcy/Recovery<br>  P.O. Box 29018<br>  Phoenix, AZ 85037-9018 | 003-0 | Sec | 5,190.00 | 5,190.00 | | 483.99 | $0.00 |
| DT Credit Corporation<br>  Attn: Bankruptcy/Recovery<br>  P.O. Box 29018<br>  Phoenix, AZ 85037-9018 | 003-1 | Uns | 1,475.10 | 211.50 | | | $1,263.60 |
| DT Credit Corporation<br>  Attn: Bankruptcy/Recovery<br>  P.O. Box 29018<br>  Phoenix, AZ 85037-9018 | 004-0 | Uns | 9,667.00 | 1,386.07 | | | $8,280.93 |
| U.S. Department of Education<br>  Attn: Bankruptcy/Recovery<br>  P.O. Box 530260<br>  Atlanta, GA 30353-0260 | 005-0 | Uns | 6,444.01 | 923.94 | | | $5,520.07 |
| Key Bank USA<br>  Attn. Bankruptcy/Recovery<br>  601 Oakmont Lane, Suite 110<br>  Westmont, IL 60559- | 006-0 | Uns | 7,282.56 | 1,044.17 | | | $6,238.39 |
| DT Credit Corporation<br>  Attn: Bankruptcy/Recovery<br>  P.O. Box 29018<br>  Phoenix, AZ 85037-9018 | 007-0 | Sec | 8,845.45 | | | | Disallowed |
| Portfolio Recovery Associates<br>  P.O. Box 41067<br>  NORFOLK, VA 23541-1067 | 008-0 | Uns | 856.31 | 122.76 | | | $733.55 |
| Joseph W. Charles, Esq.<br>  Attorney at Law<br>  P.O. Box 1737<br>  Glendale, AZ 85311- | 777-0 | Leg | 0.00 | | | | $0.00 |
| LYNN DEE WALTHER<br>  P.O. BOX 7727<br>  SURPRISE, AZ 85304 | 999-0 | Dbt | 100.28 | 100.28 | | | $0.00 |
| Edward Maney, Chapter 13 Trust<br>  P. O. Box 10434<br>  Phoenix, AZ 85064- | TRS-0 | Tru | 1,219.92 | 1,219.92 | | | $0.00 |

Continued on Next Page

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|

|  | Secured | Priority | Unsecured | Admin | Attorney | Debtor | Trustee | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $5,190.00 | $7,619.10 | $25,945.14 | $0.00 | $0.00 | $100.28 | $1,219.92 | | |
| Total Paid | $5,190.00 | $7,619.10 | $3,719.92 | $0.00 | $0.00 | $100.28 | $1,219.92 | | |
| Total Int Pd | $483.99 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $22,225.22 | $0.00 | $0.00 | | $0.00 | Total Paid | $18,333.21 |

I hereby certify that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

The Trustee hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

_____
Edward J. Maney

CERTIFICATE OF MAILING FOR CASE NO. 05-02738

Copies of the foregoing mailed (see electronic signature below) to the following:

Joseph W. Charles, Esq.
Attorney at Law
P.O. Box 1737
Glendale, AZ  85311-
Attorney for Debtor

LYNN DEE WALTHER
P.O. BOX 7727
SURPRISE, AZ  85304
Debtor

Co-Debtor


Creditor

By: _____